LO

Patrick Bearup 136226
ASPC-F-Central
PO Box 8200
Florence, AZ 85132-8200

Case 2:19-cv-05828-SPL-MHB   Document 20   Filed 03/27/20   Page 1 of 4

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 27 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Patrick W. Bearup,
         Petitioner,
v.
Charles L. Ryan, et al.,
         Defendants,

Motion for Preliminary Injunction

No. CV-19-5828-PHX-SPL(MHB)

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Petitioner hereby requests this court to Order a Preliminary Injunction for the reasons cited within.

— Tuberculosis PPD Testing —

Supported by declaration, immediate and irreparable harm, injury, and damage will occur. The First Amendment allows protection, allowing Petitioner to practice his religion. The Religious Land Use and Institutionalized Person Act gives Petitioner protection against being forced to engage in activities against his religious belief.

Cutter v. Wilkinson, 544 U.S. 709 (2005)

Arizona Department of Corrections policy D.O. 1102 states inmates are to receive an annual PPD test by injection of a test fluid under one's skin. There is no religious provision for exemption or least restrictive means.

On March 24, 2020, a nurse advised Petitioner that he must submit to the yearly

1  PPD test[1]. Petitioner refused and advised nursing and prison staff that he has pending litigation
2  and they should contact the AG's[1] office for direction. Petitioner was advised that he cannot
3  refuse and "they" (nursing and security) would be back. If Petitioner is forcefully injected a
4  third time, and after litigation has been served on the Department, which gives rise to
5  Deliberate Indifference and they are acting with Evil Intent

7  Petitioner alleges: 1. He is likely to show at trial that the defendants violated his rights. 2. Petitioner
8  will suffer irreparable harm if he does not receive a preliminary injunction. 3. The threat of harm
9  Petitioner faces is greater than the harm the prison officials will face if he obtains a preliminary
10 injunction. 4. A preliminary injunction will serve the public interest.

- Relief -

12 It is prayed that this court will issue a Preliminary Injunction staying the Prison
13 from forcing Petitioner from being injected with any Tuberculosis related fluid (PPD).

Prepared By:

Dr. Patrick Bearup

March 24, 2020

28 [1] Attorney General

Declaration of Patrick Bearup

In The United States District Court
For the District of Arizona

Patrick W. Bearup,
      Petitioner,

v.

Charles L. Ryan, et al.,
      Defendants.

Declaration of Patrick Bearup

NO. CV-19-5828-PHX-SPL (MHB)

Patrick Bearup hereby declares:

On March 24, 2020 Centurion nursing staff tried to inject me with a PPD test. I refused this test based on my Sincerely Held Religious Belief against this injection. I am opposed to any and all non-kosher injections. (Flu, PPD, etc.) I have been rejecting yearly PPD test for around eight years. I will gladly allow a chest x-ray or blood test as a least restrictive means.

Forcing me to violate my religious beliefs harms my mind, body, spirit, and my relationship with my God.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2020

Dr. Patrick Bearup